**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| ROBERT STRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-04265-NKL |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE OF CORPORATE INTERESTS**

COMES NOW defendants Landmark Hospital of Columbia, LLC and Landmark Management Services, LLC, pursuant to Local Civil Rule 7.1, and hereby provide their Disclosure of Corporate Interests:

1.      Landmark Hospital of Columbia, LLC, is privately owned by an individual person and by Landmark Holdings of Florida LLC.  Landmark Holdings of Florida LLC, owns Landmark Management Services, LLC.  Neither Landmark Hospital of Columbia, LLC or Landmark Management Services, LLC have any subsidiaries or affiliates that have issued shares of stock to the public.

                                   SMITH LEWIS, LLP

                                   /s/ John L. Roark
                                   John L. Roark, #33237
                                   Bethany R. Findley, #62887
                                   111 South Ninth Street, Suite 200
                                   P.O. Box 918
                                   Columbia, MO 65205-0918
                                   (573) 443-3141
                                   (573) 442-6686 (Facsimile)
                                   roark@smithlewis.com
                                   findley@smithlewis.com

                                   Attorneys for Defendants
                                   Landmark Hospital of Columbia, LLC and
                                   Landmark Management Services, LLC

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2016, I served this document upon all attorneys of record through the Court's electronic filing system.

/s/ John L. Roark
John L. Roark
