# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ROBERT STRONG, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 2:15-cv-04265-NKL |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate Ron Mitchell from the Court's List of Mediators to conduct the MAP mediation in this case. The mediation will be held on June 28, 2016 at the offices of Smith Lewis, LLP, located at 111 South Ninth Street, Suite 200, Columbia, MO 65201.

Respectfully submitted,

**FOWLER PICKERT, LLC**

/s/ Ryan Fowler
Ryan Fowler, MO #56918
Thomas Pickert, MO #58262
One Hallbrook Place
11150 Overbrook Rd., Suite 350
Leawood, KS 66211
Ph: 913.661.9600
Fax: (816) 817-1989
ryan@fpinjurylaw.com
tom@fpinjurylaw.com

**Attorneys for Plaintiff**

**SMITH LEWIS, LLP**

/s/ John L. Roark
John L. Roark #33237
Bethany R. Findley #62887
111 South Ninth Street, Suite 200
P.O. Box 918
Columbia, MO 65205-0918
(573) 443-3141
(573) 442-6686 (Facsimile)
roark@smithlewis.com
findley@smithlewis.com

**Attorneys for Defendants
Landmark Hospital of Columbia, LLC and
Landmark Management Services, LLC**

**FORD, PARSHALL & BAKER, LLC**

| | |
|---|---|
| /s/ Hamp Ford | /s/ Matthew N. Sparks |
| Hamp Ford  #18757 | Matthew N. Sparks, MO #63260 |
| Jeffrey H. Blaylock #34151 | Assistant United States Attorney |
| 3210 Bluff Creek Drive | Charles Evans Whittaker Courthouse |
| Columbia, MO 65201-3525 | 400 East Ninth Street, Room 5510 |
| Ph:  573-449-2613 | Kansas City, Missouri 64106 |
| Fax:  573-875-8154 | Telephone: (816) 426-3130 |
| hford@fpb-law.com | Facsimile: (816) 426-3165 |
| jblaylock@fpb-law.com | E-mail: matt.sparks@usdoj.gov |

**Attorneys for Vamsi P. Gunter, M.D.**     **ATTORNEY FOR DEFENDANT UNITED STATES OF AMERICA**

## CERTIFICATE OF SERVICE

I certify that on April 20, 2016, I served this document upon all attorneys of record through the Court's electronic filing system.

/s/ John L. Roark
John L. Roark