# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF ROBERT F. STRONG, JR., by and through Personal Representative Karina A. Strong, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) 2:15 cv 04265-NKL |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

On February 7, 2018, United States Magistrate Judge Willie J. Epps, Jr. recommended that Plaintiff's motion for approval of settlement be granted. Review of the record has convinced the Court that the recommendation of the Magistrate Judge is correct and should be adopted. The Court therefore orders as follows: the Report and Recommendation of February 7, 2018 (Doc. 131) is adopted; Plaintiff's motion for approval of settlement (Doc. 127) is granted; and Plaintiff's claims are dismissed with prejudice, consistent with the foregoing.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: February 9, 2018
Jefferson City, Missouri