IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KARINA STRONG, individually and as the Personal Representative of the ESTATE OF ROBERT F. STRONG, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.  2:15-CV-04265-NKL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Karina Strong and the Estate of Robert F. Strong, Jr., by and through the Estate's duly appointed personal representative ("Plaintiffs") and Defendant United States of America stipulate to the dismissal with prejudice of the causes of action and claims asserted against the United States of America, each party to bear its own costs incurred.

Respectfully submitted,

FOWLER PICKERT
EISENMENGER, LLC

By:  */s/ Ryan Fowler*
 Ryan Fowler, MO #56918
 2345 Grand Blvd., Suite 750
 Kansas City, MO 64108
 Telephone: (816) 832-4688
 Facsimile: (816) 832-4689
 Email: ryan@fpelaw.com
ATTORNEY FOR PLAINTIFF

**ATTACHMENT 1**
STIPULATION FOR COMPROMISE SETTLEMENT
AGREEMENT AND RELEASE OF CLAIMS

Timothy A. Garrison
United States Attorney

By: */s/ Matthew N. Sparks*
Matthew N. Sparks, MO #63260
Holly L. Teeter, MO #59052
Assistant United States Attorneys
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: matt.sparks@usdoj.gov
holly.teeter@usdoj.gov
ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Matthew N. Sparks*
Assistant United States Attorney